UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAMON WALKER, JR.,<br><br>                    Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | Case No. 2:22-cv-01871-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Application for Leave to Proceed *in forma pauperis*. ECF No. 1. Plaintiff challenges the Social Security Administration's denial of Social Security Disability Insurance benefits.

Plaintiff submitted the declaration required by 28 U.S.C. § 1915(a) showing an inability to prepay fees and costs or give security for them. Plaintiff's request to proceed *in forma pauperis* is granted. Because Mr. Walker is represented by Counsel, his Complaint is not screened for sufficiency.[1] Further, counsel for Mr. Walker appears to have sought summonses as required including to: (1) Office of the Regional Chief Counsel, Region IX, Social Security Administration, 160 Spear Street, Suite 800, San Francisco, CA 94105; (2) the Attorney General of the United States, Constitution Avenue, NW, Washington DC 20530; and (3) United States Attorney's Office for the District of Nevada. If service on any of the above has not been requested, Counsel for Plaintiff is advised to seek service upon such person identified above.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application for Leave to Proceed *in forma pauperis* (ECF No. 1) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Complaint (ECF No. 1-1) will proceed against Defendant.

---

[1]     Retention of counsel does not preclude *in formal pauperis* status. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 342-43 (1948); *Handley v. Union Carbide Corp.*, 622 F. Supp. 1065 (S.D. W.Va. 1985).

1        IT IS FURTHER ORDERED that the Clerk of the Court will detach and file Plaintiff's

2    Complaint (ECF Nos. 1-1, 1-2).

3        IT IS FURTHER ORDERED that the Clerk of the Court will detach and issue the

4    Summonses (ECF Nos. 1-4, 1-5, 1-6).

5        IT IS FURTHER ORDERED that Defendant will have **sixty (60) days** from the date of

6    service to file his answer or responsive pleading to Plaintiff's Complaint in this case.

7        IT IS FURTHER ORDERED that, henceforth, Plaintiff **must** serve upon Defendant a copy

8    of every pleading, motion, or other document submitted for consideration by the Court.  Plaintiff

9    must include with the original paper submitted for filing a certificate stating the date that a true and

10   correct copy of the document was mailed to Defendant.  The Court may disregard any paper received

11   by a district judge, magistrate judge, or the Clerk of the Court which fails to include a certificate of

12   service.

13        DATED this 7th day of November, 2022.

14

15                          _____

16   ELAYNA J. YOUCHAH
       UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28