JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
EDMUND DARCHER
Special Assistant United States Attorney
Wash. Bar No. 42906
Office of the General Counsel
Social Security Administration
6401 Security Blvd.
Baltimore, MD 21235
Email: edmund.darcher@ssa.gov
Telephone: (206) 615-2662
Fax: (206) 615-2531
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAMON WALKER, JR., | Case No.: 2:22-cv-01871-EJY |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER** |
| KILILO KIJAKAZI, Acting Commissioner of Social Security, | (*FIRST REQUEST*) |
| Defendant. | |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 30-day extension of time to file the Certified Administrative Record (CAR) and answer to Plaintiff's Complaint. The CAR and answer to Plaintiff's Complaint are due to be filed by February 27, 2023. This is Defendant's first request for an extension of time. Defendant requests this extension because Defendant has been notified that the CAR is not yet available in this case. Defendant therefore cannot respond to Plaintiff's Complaint. Once the CAR arrives, Defendant will need to review it for defects before submitting it.

For these reasons, Defendant requests an extension in which to respond to the Complaint until March 29, 2023. If Defendant is unable to produce the CAR record necessary to file an Answer in accordance with this Order, Defendant shall request an additional extension prior to the due date.

On February 13, 2023, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including March 29, 2023.

//
//
//
//
//
//
//

Dated: Feb. 15, 2023

BLAINE T. WELSH
United States Attorney

/s/ *Edmund Darcher*
EDMUND DARCHER
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 15, 2023