JASON M. FRIERSON, NVSBN 7709
United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Office 7
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
Email: David.Priddy@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAMON WALKER, JR., | Case No.: 2:22-cv-01871-EJY |
| Plaintiff, | **MOTION FOR ENTRY OF JUDGMENT** |
| vs. | |
| MARTIN O'MALLEY, Commissioner of Social Security,[1] | |
| Defendant. | |

Defendant Martin O'Malley, Commissioner of Social Security (the "Commissioner"), through his undersigned counsel, hereby requests that the Court enter a final judgment in this case. The Federal Rules of Civil Procedure require that "[e]very judgment and amended judgment must be set out in a separate document" and provide that "[a] party may request that judgment be set out in a separate document[.]" Fed. R. Civ. P. 58(a), (d).

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

On January 4, 2024, the Court issued an Order granting Plaintiff's Motion to Remand and denying Defendant's Countermotion to Affirm the Agency Decision (Doc. No. 24). However, the Court has not yet issued a judgment corresponding to this Order. The Commissioner requires a judgment document to be able to effectuate the Court's Order. For this reason, the Commissioner requests that the Court enter judgment in this case. *See* Fed. R. Civ. P. 58(d).

Dated: January 18, 2024

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of Court shall close this case and enter judgment accordingly.

_____
U.S. MAGISTRATE JUDGE

Dated: January 18, 2024